ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Benjamin Hernandez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN HERNANDEZ, | CASE NO. CV 13-8382-FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND FOUR-HUNDRED DOLLARS and NO CENTS ($4,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: 12/15/15

/S/ FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

1